SEYFARTH SHAW LLP
John Yslas (SBN 187324)
E-mail:  jyslas@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Francesca L. Hunter (SBN 327571)
fhunter@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendants
ExamWorks, LLC, ExamWorks Review Services, LLC, and IME Resources, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI STEVENS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>EXAMWORKS, LLC, a Delaware limited liability company; EXAMWORKS REVIEW SERVICES, LLC, a Delaware limited liability company; IME RESOURCES, LLC, a Delaware limited liability compare; and Does 1-10,<br><br>    Defendants. | Case No. 2:21-cv-01252-TLN-DMC<br><br>(Shasta County Superior Court Case No.197549)<br><br>**JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION; ORDER**<br><br>Date Action Filed:  June 14, 2021 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

  This Stipulation is made by and between Plaintiff JONI STEVENS ("Plaintiff") and Defendants EXAMWORKS, LLC, EXAMWORKS REVIEW SERVICES, LLC, and IME RESOURCES, LLC ("Defendants") (collectively, the "Parties"), by and through

their respective counsel of record. The Stipulation is made with reference to the following facts:

1. **WHEREAS**, on or about April 23, 2019, Plaintiff executed an Arbitration Agreement with Defendants (the "Agreement") (**Exhibit A**).

2. **WHEREAS**, on June 14, 2021, Plaintiff filed a complaint in Shasta County Superior Court alleging nine claims for relief; (1) Gender Discrimination in Violation of FEHA; (2) Age Discrimination in Violation of FEHA; (3) Retaliation in Violation of FEHA; (4) Failure to Prevent Discrimination and Harassment; (5) Violation of the California Equal Pay Act; (6) Retaliation in Violation of the California Equal Pay Act; (7) Retaliation in Violation of Labor Code § 1102.5; (8) Wrongful Termination in Violation of Public Policy; and (9) Unfair Business Practices ( the "Complaint");

3. **WHEREAS**, on July 16, 2021, Defendants filed their Notice of Removal in the Eastern District Court of California;

4. **WHEREAS**, from July 19, 2021 to August 23, 2021, the Parties met and conferred regarding the Parties' Arbitration Agreement and Defendants' intent to file a Motion to Compel Arbitration;

5. **WHEREAS**, Plaintiff has agreed to voluntarily submit her claims to binding arbitration pursuant to the terms of the Arbitration Agreement and the Parties' agreement herein (which addresses the parameters of discovery);

6. **WHEREAS**, the Parties have agreed for Plaintiff to submit her claims to final and binding arbitration with the American Arbitration Association ("AAA");

**NOW, THEREFORE, IT IS HEREBY AGREED** by the Parties as follows:

1. Plaintiff will submit her individual claims set forth in the Complaint to final and binding arbitration with AAA, pursuant to the Arbitration Agreement;

2. In arbitration before AAA, each Party will be entitled to five (5) initial depositions; twenty-five (25) Interrogatories; twenty-five (25) Requests for Admission; and twenty-five (25) Requests for Production;

3. Should the Parties wish to seek additional discovery beyond the initial discovery permitted by this stipulation (as set forth in paragraph 2 above), the party requesting additional discovery shall apply to the arbitrator and must make a showing that there is a need for "adequate discovery" (consistent with striking an appropriate balance between the desired efficiency of limited discovery in arbitration) pursuant to *Armendariz v. Foundation Health Psychcare Services, Inc*. 24 Cal. 4th 83 (2000), and agree to be bound by the arbitrator's decision whether the party is entitled to such additional discovery;

4. Defendant shall pay the initial arbitration filing fee and Plaintiff shall file documents initiating arbitration with AAA. Defendants will pay all other costs that are unique to arbitration, including the arbitrator's fees and any other arbitration filing and administrative fees. Plaintiff remains responsible, however, for all attorneys' fees and costs that are not payable to the AAA or arbitrator;

5. The arbitration of Plaintiff's claims will take place in Los Angeles, California;

6. California law will apply to Plaintiff's claims in the arbitration; and

7. The action will be stayed pending completion of the arbitration. The Court will retain jurisdiction for the limited purpose of entertaining statutory proceedings, including a petition to confirm, vacate, or correct any arbitration award.

**IT IS SO STIPULATED.**

DATED: September 1, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/ *John Yslas*
John Yslas
Francesca Hunter
Attorneys for Defendant
ExamWorks, LLC, ExamWorks Review Services, LLC, and IME Resources, LLC

**ADDITIONAL SIGNATURES ON NEXT PAGE**

DATED: September 2, 2021        Respectfully submitted,

                                KING & SIEGEL LLP


                                By:  /s/ *Robert King*
                                     Robert King
                                     Julian King
                                     Attorneys for Plaintiff
                                     JONI STEVENS


## SIGNATURE ATTESTATION

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

DATED: September 1, 2021        Respectfully submitted,

                                SEYFARTH SHAW LLP


                                By:  /s/ *John Yslas*
                                     John Yslas
                                     Francesca Hunter
                                     Attorneys for Defendant
                                     ExamWorks, LLC, ExamWorks
                                     Review Services, LLC, and IME
                                     Resources, LLC


**ORDER ON NEXT PAGE**

**ORDER**

**IT IS SO ORDERED.**

DATED: September 7, 2021

_____
Troy L. Nunley
United States District Judge