Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsigel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Suite 201
Los Angeles, California 90014
*tel:* (213) 465-4802
*fax:* (213) 465-4803

Attorneys for Plaintiff

Laura Shelby (SBN 151870)
lshelby@seyfarth.com
Francesca L. Hunter (SBN 327571)
E-Mail: fhunter@seyfarth.com
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joni Stevens**, an individual,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>**ExamWorks, LLC.**, a Delaware limited liability company; **ExamWorks Review Services, LLC**, a Delaware limited liability company; **IME Resources, LLC**, a Delaware limited liability company; and **Does 1-10**, inclusive, | CASE NO. 2:21-cv-01252-DAD-DMC<br><br>Case Assigned to:<br><br>District Judge: Hon. Dale A. Drozd<br>Magistrate Judge: Hon. Dennis M. Cota<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 14, 2021<br>Removal Date:　July 16, 2021 |

| | |
|---|---|
| Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Joni Stevens ("Plaintiff") and ExamWorks, LLC, ExamWorks Review Services, LLC, and IME Resources, LLC ("Defendants") (collectively, "the Parties"), by and through their counsel, stipulate and agree that the above-captioned case and all claims asserted therein be dismissed in their entirety with prejudice. The Parties further stipulate and agree that each party shall bear their own attorneys' fees and costs. | |

IT IS SO STIPULATED

Dated: March 24, 2023  **KING & SIEGEL LLP**

By: /s/ Robert J. King
Julian Burns King
Robert J. King
Attorneys for Plaintiff

Dated: March 24, 2023  **SEYFARTH SHAW LLP**

By: /s/ Francesca L. Hunter
Francesca L. Hunter
Laura Shelby
Attorneys for Defendants